### LEROY MCCAIN V. THE STATE.

No. 9620. Delivered November 18, 1925.

**Assault to Murder—Death of Appellant—Appeal Abated.**

Upon satisfactory information of the death of the appellant, the appeal is abated.

Appeal from the District Court of Kaufman County. Tried below before the Hon. Joel R. Bond, Judge.

Appeal from a conviction on an assault to murder, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of two years.

Upon satisfactory information of the death of the appellant, the appeal is abated.